**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 73.163.92.53**

**ISP:** Comcast Communications, LLC
**Physical Location:** Washington, DC

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 11/14/2017 16:56:38 | 29F22087D08778A5F07FA7D88C9F1B70E27DA387 | A Fucking Hot Threesome |
| 11/14/2017 05:54:42 | A952933DC3E61D1B14DD7F439A8E35FF2C6DC5F4 | New Year Bang |
| 11/14/2017 04:51:25 | 9ACCD9F498769C3E61D1934C9237406ACF9D11DE | The Call Girl |
| 11/14/2017 04:29:16 | 6ED2A239551D79E2BC1C725943E63028B2D2E420 | Welcome To The Jungle |
| 11/05/2017 21:28:30 | 9DDF69A7085E60CFE619236137D8759D95286485 | Pussy Party |
| 10/31/2017 12:12:55 | 315E16EBDF8619B6FA22156AC70F516929F35AA1 | Luvv Me Tender |
| 12/13/2016 02:07:43 | 2CD4893C7648330BBEA39C7B5EFFC1B6DC6E93C5 | Good Morning Melissa |

**Total Statutory Claims Against Defendant: 7**