**Copyrights-In-Suit for IP Address 73.163.92.53**

**ISP:** Comcast Communications, LLC
**Location:** Washington, DC

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
| --- | --- | --- | --- | --- |
| A Fucking Hot Threesome | PA0001957700 | 08/07/2015 | 08/17/2015 | 11/14/2017 |
| New Year Bang | PA0002042052 | 01/07/2017 | 03/25/2017 | 11/14/2017 |
| The Call Girl | PA0002034879 | 07/30/2016 | 10/20/2016 | 11/14/2017 |
| Welcome To The Jungle | PENDING | 08/18/2017 | 08/30/2017 | 11/14/2017 |
| Pussy Party | PA0002033411 | 07/23/2016 | 10/20/2016 | 11/05/2017 |
| Luvv Me Tender | PA0002036139 | 09/15/2016 | 12/04/2016 | 10/31/2017 |
| Good Morning Melissa | PA0002020175 | 06/04/2016 | 06/27/2016 | 12/13/2016 |

**Total Malibu Media, LLC Copyrights Infringed: 7**

EXHIBIT B

DC161